IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT C. WERLEY,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| v. | : | No. 07-2256 |
| | : | |
| **JOSEPH NISH, et al.,** | : | |
| Respondents | : | |

**O R D E R**

**STENGEL, J.**

AND NOW, this 28th day of August, 2007, upon independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for writ of habeas corpus is DISMISSED without prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.